AO 240 (Rev. 1/94)

# United States District Court

_CENTRAL SEC._ DISTRICT OF _MASSACHUSETTS_

GEORGE BENYAMIN
Plaintiff

v.

ATTORNEY THOMAS BELIVEAS BELIVEAU ET AL
Defendant

APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE NUMBER: 05-40004

I, _GEORGE BENYAMIN_ declare that I am the (check appropriate box)
☒ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 U.S.C. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:  ☒ Yes   ☐ No   (If "No" go to Part 2)
   If "Yes" state the place of your incarceration _NCCI GARDNER, MA_
   Are you employed at the institution? _____   Do you receive any payment from the institution? _____
   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☐ Yes  ☒ No
   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

   _1998_

3. In the past twelve months have you received any money from any of the following sources?
   a. Business, profession or other self-employment    Yes ☐   No ☒
   b. Rent payments, interest or dividends             Yes ☐   No ☒
   c. Pensions, annuities or life insurance payments   Yes ☐   No ☒
   d. Disability or workers compensation payments      Yes ☐   No ☒
   e. Gifts or inheritances                            Yes ☐   No ☒
   f. Any other sources                                Yes ☐   No ☒

   If the answer to any of the above is "yes" describe each source of money and state the amount received and what you expect you will continue to receive.

MASSACHUSETTS                                    NCCI-GARDNER
DEPARTMENT OF CORRECTION
Inmate Transaction History
Summary Report

| | | | |
|---|---|---|---|
| Inmate Name............ | George | Benyamin | |
| Commitment number.... | W65522 | | |
| Period encompassed.... | 6/28/2004 | THRU | 12/28/2004 |
| Six Month Average Daily Balance | 96.27 | 358.83 | 455.10 |
| 20% of Six Month Average Daily Balance | 91.02 | | |
| Total Expenditures for Period | | | 613.89 |
| Total Income for Period | | | 423.91 |

To the best of my knowledge, the above
summary information is true and accurate:

Signed _____Sheila Cregg_____
Sheila Cregg, Treasurer

Time: 4:10 pm

Date: 12/28/04

Note: A copy of the inmate's account activity statement for the six month period
("Inmate Transaction History") is attached.

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20041228 15:51

| | | | | | | Page: 1 |
|---|---|---|---|---|---|---|
| Commit#: | W65522 | | | NCCI GARDNER | | |
| Name: | BENYAMIN, GEORGE, , | | | Statement From | 20040628 | |
| Inst: | NCCI GARDNER | | | To | 20041228 | |
| Block: | H BUILDING 1 | | | | | |
| Cell/Bed: | 14 /A | | | | 237.39 | 357.03 |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period: | $3,373.32 | $3,135.93 | $390.03 | $33.00 |
| 20040709 14:27 | IC - Transfer from Inmate to Club A/c | 3063761 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.06 | $0.00 | $0.00 |
| 20040713 10:24 | IC - Transfer from Inmate to Club A/c | 3070758 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.88 | $0.00 | $0.00 |
| 20040713 17:10 | IS - Interest | 3074577 | | GAR | | $0.21 | $0.00 | $0.00 | $0.00 |
| 20040713 17:10 | IS - Interest | 3074578 | | GAR | | $0.00 | $0.00 | $0.48 | $0.00 |
| 20040714 11:29 | IC - Transfer from Inmate to Club A/c | 3089509 | | GAR | ~/POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.05 | $0.00 | $0.00 |
| 20040714 22:30 | CN - Canteen | 3092846 | | GAR | ~Canteen Date : 20040714 | $0.00 | $49.89 | $0.00 | $0.00 |
| 20040715 12:58 | IC - Transfer from Inmate to Club A/c | 3103164 | | GAR | ~Appliance Purchase~CANTEEN CORP. WASH ACCOUNT - Z6~CANTEEN CORP. WASH ACCOUNT - Z6 | $0.00 | $10.90 | $0.00 | $0.00 |
| 20040720 11:15 | IC - Transfer from Inmate to Club A/c | 3115645 | | GAR | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $6.00 | $0.00 | $0.00 |
| 20040721 22:30 | CN - Canteen | 3122813 | | GAR | ~Canteen Date : 20040721 | $0.00 | $16.29 | $0.00 | $0.00 |
| 20040723 12:26 | IC - Transfer from Inmate to Club A/c | 3136769 | | GAR | ~NOTARY~INMATE BENEFIT - Z1~INMATE BENEFIT - Z1 | $0.00 | $1.00 | $0.00 | $0.00 |
| 20040723 12:29 | IC - Transfer from Inmate to Club A/c | 3136771 | | GAR | ~NOTARY~INMATE BENEFIT - Z1~INMATE BENEFIT - Z1 | $0.00 | $1.00 | $0.00 | $0.00 |
| 20040727 13:23 | IC - Transfer from Inmate to Club A/c | 3144133 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $5.80 | $0.00 | $0.00 |
| 20040727 13:24 | IC - Transfer from Inmate to Club A/c | 3144137 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.75 | $0.00 | $0.00 |
| 20040728 22:30 | CN - Canteen | 3151287 | | GAR | ~Canteen Date : 20040728 | $0.00 | $20.02 | $0.00 | $0.00 |
| 20040729 13:13 | IC - Transfer from Inmate to Club A/c | 3159565 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.95 | $0.00 | $0.00 |
| 20040804 22:30 | CN - Canteen | 3176448 | | GAR | ~Canteen Date : 20040804 | $0.00 | $14.08 | $0.00 | $0.00 |
| 20040805 10:16 | IC - Transfer from Inmate to Club A/c | 3187791 | | GAR | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.65 | $0.00 | $0.00 |
| 20040811 17:03 | IS - Interest | 3208619 | | GAR | | $0.29 | $0.00 | $0.00 | $0.00 |
| 20040811 17:03 | IS - Interest | 3208620 | | GAR | | $0.00 | $0.00 | $0.57 | $0.00 |
| 20040811 22:30 | CN - Canteen | 3222344 | | GAR | ~Canteen Date : 20040811 | $0.00 | $19.42 | $0.00 | $0.00 |
| 20040816 14:08 | IC - Transfer from Inmate to Club A/c | 3240692 | | GAR | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.95 | $0.00 | $0.00 |
| 20040817 22:30 | CN - Canteen | 3247087 | | GAR | ~Canteen Date : 20040817 | $0.00 | $23.54 | $0.00 | $0.00 |
| 20040819 09:24 | ML - Mail | 3260078 | | GAR | ~BENYAMIN, EMAD, , | $100.00 | $0.00 | $0.00 | $0.00 |
| 20040819 14:10 | IC - Transfer from Inmate to Club A/c | 3261101 | | GAR | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.88 | $0.00 | $0.00 |
| 20040819 14:11 | IC - Transfer from Inmate to Club A/c | 3261105 | | GAR | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.60 | $0.00 | $0.00 |
| 20040819 14:12 | IC - Transfer from Inmate to Club A/c | 3261107 | | GAR | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.75 | $0.00 | $0.00 |
| 20040825 22:30 | CN - Canteen | 3280661 | | GAR | ~Canteen Date : 20040825 | $0.00 | $12.29 | $0.00 | $0.00 |
| 20040826 09:58 | IC - Transfer from Inmate to Club A/c | 3288548 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.88 | $0.00 | $0.00 |
| 20040831 10:43 | IC - Transfer from Inmate to Club A/c | 3301123 | | GAR | ~POSTAGE ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.88 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20041228 15:51

Page: 2

| Commit# : | W65522 | NCCI GARDNER | |
|---|---|---|---|
| Name : | BENYAMIN, GEORGE, , | Statement From | 20040628 |
| Inst : | NCCI GARDNER | To | 20041228 |
| Block : | H BUILDING 1 | | |
| Cell/Bed : | 14 /A | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20040831 10:46 | IC - Transfer from Inmate to Club A/c | 3301124 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.88 | $0.00 | $0.00 |
| 20040831 10:46 | IC - Transfer from Inmate to Club A/c | 3301125 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.42 | $0.00 | $0.00 |
| 20040831 10:47 | IC - Transfer from Inmate to Club A/c | 3301126 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.60 | $0.00 | $0.00 |
| 20040831 10:48 | IC - Transfer from Inmate to Club A/c | 3301127 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.60 | $0.00 | $0.00 |
| 20040831 10:48 | IC - Transfer from Inmate to Club A/c | 3301129 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.88 | $0.00 | $0.00 |
| 20040901 10:10 | IC - Transfer from Inmate to Club A/c | 3305278 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.42 | $0.00 | $0.00 |
| 20040901 10:10 | IC - Transfer from Inmate to Club A/c | 3305282 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $8.80 | $0.00 | $0.00 |
| 20040901 22:30 | CN - Canteen | 3308751 | | GAR | ~Canteen Date : 20040901 | $0.00 | $22.77 | $0.00 | $0.00 |
| 20040903 11:28 | IC - Transfer from Inmate to Club A/c | 3321080 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.29 | $0.00 | $0.00 |
| 20040908 10:07 | IC - Transfer from Inmate to Club A/c | 3331183 | | GAR | ~Postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.65 | $0.00 | $0.00 |
| 20040908 10:08 | IC - Transfer from Inmate to Club A/c | 3331185 | | GAR | ~Postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.65 | $0.00 | $0.00 |
| 20040908 10:27 | IC - Transfer from Inmate to Club A/c | 3331252 | | GAR | ~Postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $8.80 | $0.00 | $0.00 |
| 20040908 16:50 | IS - Interest | 3334833 | | GAR | | $0.18 | $0.00 | $0.00 | $0.00 |
| 20040908 16:50 | IS - Interest | 3334834 | | GAR | | $0.00 | $0.00 | $0.64 | $0.00 |
| 20040908 22:30 | CN - Canteen | 3349413 | | GAR | ~Canteen Date : 20040908 | $0.00 | $18.68 | $0.00 | $0.00 |
| 20040909 10:39 | IC - Transfer from Inmate to Club A/c | 3358280 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.65 | $0.00 | $0.00 |
| 20040910 10:37 | IC - Transfer from Inmate to Club A/c | 3363529 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $8.80 | $0.00 | $0.00 |
| 20040915 22:30 | CN - Canteen | 3379936 | | GAR | ~Canteen Date : 20040915 | $0.00 | $10.61 | $0.00 | $0.00 |
| 20040927 09:46 | ML - Mail | 3423489 | | GAR | ~BENYAMIN, EMAD, , | $100.00 | $0.00 | $0.00 | $0.00 |
| 20040929 09:29 | IC - Transfer from Inmate to Club A/c | 3432026 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.37 | $0.00 | $0.00 |
| 20040929 09:30 | IC - Transfer from Inmate to Club A/c | 3432027 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.37 | $0.00 | $0.00 |
| 20040929 09:30 | IC - Transfer from Inmate to Club A/c | 3432029 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.37 | $0.00 | $0.00 |
| 20040929 22:30 | CN - Canteen | 3434980 | | GAR | ~Canteen Date : 20040929 | $0.00 | $30.84 | $0.00 | $0.00 |
| 20041004 12:03 | IC - Transfer from Inmate to Club A/c | 3451675 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.98 | $0.00 | $0.00 |
| 20041004 12:04 | IC - Transfer from Inmate to Club A/c | 3451677 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $6.26 | $0.00 | $0.00 |
| 20041004 12:04 | IC - Transfer from Inmate to Club A/c | 3451678 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.37 | $0.00 | $0.00 |
| 20041005 09:58 | IC - Transfer from Inmate to Club A/c | 3457800 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.90 | $0.00 | $0.00 |
| 20041005 09:59 | IC - Transfer from Inmate to Club A/c | 3457802 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $6.95 | $0.00 | $0.00 |
| 20041005 22:30 | CN - Canteen | 3460204 | | GAR | ~Canteen Date : 20041005 | $0.00 | $19.14 | $0.00 | $0.00 |
| 20041007 08:27 | IC - Transfer from Inmate to Club A/c | 3474202 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.37 | $0.00 | $0.00 |
| 20041007 11:22 | IC - Transfer from Inmate to Club A/c | 3476070 | | GAR | ~Clothing Purchase~KCN WASH ACCOUNT - Z5~KCN WASH | $0.00 | $15.03 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20041228 15:51

Page : 3

| Commit# : | W65522 | | | NCCI GARDNER | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Name : | BENYAMIN, GEORGE, , | | | Statement From | 20040628 | | |
| Inst : | NCCI GARDNER | | | To | 20041228 | | |
| Block : | H BUILDING 1 | | | | | | |
| Cell/Bed : | 14 /A | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | ACCOUNT - Z5 | | | | |
| 20041012 22:30 | CN - Canteen | 3491038 | | GAR | ~Canteen Date : 20041012 | $0.00 | $7.87 | $0.00 | $0.00 |
| 20041013 16:59 | IS - Interest | 3500128 | | GAR | | $0.05 | $0.00 | $0.00 | $0.00 |
| 20041013 16:59 | IS - Interest | 3500129 | | GAR | | $0.00 | $0.00 | $0.67 | $0.00 |
| 20041018 12:00 | IC - Transfer from Inmate to Club A/c | 3532681 | | GAR | ~NOTARY ~INMATE BENEFIT - Z1~INMATE BENEFIT - Z1 | $0.00 | $1.00 | $0.00 | $0.00 |
| 20041018 15:01 | CI - Transfer from Club to Inmate A/c | 3533237 | | GAR | ~10/13/04 Canteen Refund~W65522 BENYAMIN,GEORGE PERSONAL~KCN WASH ACCOUNT - Z5 | $19.14 | $0.00 | $0.00 | $0.00 |
| 20041019 11:41 | IC - Transfer from Inmate to Club A/c | 3537323 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.42 | $0.00 | $0.00 |
| 20041019 11:43 | IC - Transfer from Inmate to Club A/c | 3537331 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.95 | $0.00 | $0.00 |
| 20041019 11:44 | IC - Transfer from Inmate to Club A/c | 3537335 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $8.60 | $0.00 | $0.00 |
| 20041103 22:30 | CN - Canteen | 3609160 | | GAR | ~Canteen Date : 20041103 | $0.00 | $8.22 | $0.00 | $0.00 |
| 20041108 10:29 | VI - Visitation | 3628206 | | GAR | ~BENYAMIN, EMAD, , | $100.00 | $0.00 | $0.00 | $0.00 |
| 20041108 10:29 | MA - Maintenance and Administration | 3628207 | | GAR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20041109 22:30 | CN - Canteen | 3638360 | | GAR | ~Canteen Date : 20041109 | $0.00 | $18.15 | $0.00 | $0.00 |
| 20041110 16:46 | IS - Interest | 3645886 | | GAR | | $0.03 | $0.00 | $0.00 | $0.00 |
| 20041110 16:46 | IS - Interest | 3645887 | | GAR | | $0.00 | $0.00 | $0.75 | $0.00 |
| 20041112 13:08 | IC - Transfer from Inmate to Club A/c | 3672307 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.60 | $0.00 | $0.00 |
| 20041115 11:39 | IC - Transfer from Inmate to Club A/c | 3676572 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.42 | $0.00 | $0.00 |
| 20041116 22:30 | CN - Canteen | 3684410 | | GAR | ~Canteen Date : 20041116 | $0.00 | $16.89 | $0.00 | $0.00 |
| 20041123 13:44 | IC - Transfer from Inmate to Club A/c | 3714149 | | GAR | ~POSTAGE~PROTESTANT CHAPLAIN - Z108~PROTESTANT CHAPLAIN - Z108 | $0.00 | $7.90 | $0.00 | $0.00 |
| 20041123 22:30 | CN - Canteen | 3716417 | | GAR | ~Canteen Date : 20041123 | $0.00 | $20.10 | $0.00 | $0.00 |
| 20041201 22:30 | CN - Canteen | 3747991 | | GAR | ~Canteen Date : 20041201 | $0.00 | $12.47 | $0.00 | $0.00 |
| 20041203 10:44 | IC - Transfer from Inmate to Club A/c | 3764244 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.65 | $0.00 | $0.00 |
| 20041206 08:34 | VI - Visitation | 3767200 | | GAR | ~BENYAMIN, EMAD, , | $100.00 | $0.00 | $0.00 | $0.00 |
| 20041206 08:34 | MA - Maintenance and Administration | 3767201 | | GAR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20041207 17:00 | IS - Interest | 3778999 | | GAR | | $0.10 | $0.00 | $0.00 | $0.00 |
| 20041207 17:00 | IS - Interest | 3779000 | | GAR | | $0.00 | $0.00 | $0.80 | $0.00 |
| 20041208 22:30 | CN - Canteen | 3800105 | | GAR | ~Canteen Date : 20041208 | $0.00 | $14.08 | $0.00 | $0.00 |
| 20041209 14:14 | IC - Transfer from Inmate to Club A/c | 3809633 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.06 | $0.00 | $0.00 |
| 20041214 11:34 | IC - Transfer from Inmate to Club A/c | 3826456 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.88 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20041228 15:51

Page: 4

| Commit# : | W65522 | | | NCCI GARDNER | | | |
| Name : | BENYAMIN, GEORGE, , | | | Statement From | 20040628 | | |
| Inst : | NCCI GARDNER | | | To | 20041228 | | |
| Block : | H BUILDING 1 | | | | | | |
| Cell/Bed : | 14 /A | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20041214 11:35 | IC - Transfer from Inmate to Club A/c | 3826458 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.60 | $0.00 | $0.00 |
| 20041215 11:16 | IC - Transfer from Inmate to Club A/c | 3831219 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.65 | $0.00 | $0.00 |
| 20041215 22:30 | CN - Canteen | 3834633 | | GAR | ~Canteen Date : 20041215 | $0.00 | $18.67 | $0.00 | $0.00 |
| 20041216 15:48 | IC - Transfer from Inmate to Club A/c | 3844957 | | GAR | ~Clothing Order~KCN WASH ACCOUNT - Z5~KCN WASH ACCOUNT - Z5 | $0.00 | $5.78 | $0.00 | $0.00 |
| 20041217 11:32 | IC - Transfer from Inmate to Club A/c | 3849876 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.60 | $0.00 | $0.00 |
| 20041223 14:15 | IC - Transfer from Inmate to Club A/c | 3880974 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.95 | $0.00 | $0.00 |
| 20041227 13:36 | IC - Transfer from Inmate to Club A/c | 3888518 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.95 | $0.00 | $0.00 |
| 20041227 13:49 | IC - Transfer from Inmate to Club A/c | 3888580 | | GAR | ~CERTIFIED MAIL~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.05 | $0.00 | $0.00 |
| 20041228 11:13 | IC - Transfer from Inmate to Club A/c | 3892175 | | GAR | ~New Years Photo's~PHOTO - Z13~PHOTO - Z13 | $0.00 | $3.00 | $0.00 | $0.00 |
| 20041228 12:52 | IC - Transfer from Inmate to Club A/c | 3892564 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.42 | $0.00 | $0.00 |
| | | | | | | $420.00 | $613.89 | $3.91 | $0.00 |

Handwritten annotations: 100.10, 87.81, 80

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $43.50 | $360.94 |

**Current Balances :**

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $43.50 | $360.94 | $0.00 | $0.00 | $0.00 | $0.00 |