UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**George Benyamin,**
    Plaintiff,

V.

**Thomas Belivieau, et al.,**
    Defendant,

CIVIL ACTION

NO. **04-40004-FDS**

## ORDER OF DISMISSAL

**Saylor, D. J.**

In accordance with the Court's Memorandum and Order dated **3/15/05** dismissing the complaint in the above captioned matter for the reasons stated therein, it is hereby ORDERED that the above-entitled action be and hereby is dismissed with prejudice.

By the Court,

    3/16/05                                 /s/ Martin Castles

Date                                              Deputy Clerk

**(Dismmemo.ord - 09/92)** [odism.]