UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GEORGE BENYAMIN,　　　　　　　　　　CIVIL ACTION
　　　PLAINTIFF,　　　　　　　　　　　　NO. 05-40004-FDS

　　　　　　　　　　　　　　　　　　　　MARCH 19, 2005

V.

THOMAS BELIVEAU, ET AL.
　　　DEFENDANTS'.

　　　　　　　　　　PLAINTIFFS' NOTICE OF APPEAL

　　Now comes George Benyamin, Pro se, the plaintiff, and files the instant Notice Of Appeal against the Court Memorandum and Order dated March 15, 2005.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　*George Benyamin*
　　　　　　　　　　　　　　　　　George Benyamin