UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 05-cv-40004

George Benyamin

v.

Thomas Beliveau, et al

### CLERK'S CERTIFICATE

I, Tony Anastas, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 3/23/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 25, 2005.

Tony Anastas, Clerk of Court

By: _____
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 3/29/05

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL

# United States District Court
## District of Massachusetts (Worcester)
### CIVIL DOCKET FOR CASE #: 4:05-cv-40004-FDS

Benyamin v. Beliveau et al
Assigned to: Judge F. Dennis Saylor, IV
Cause: 18:1964 Racketeering (RICO) Act

Date Filed: 01/07/2005
Jury Demand: Plaintiff
Nature of Suit: 470 Racketeer/Corrupt Organization
Jurisdiction: Federal Question

**Plaintiff**

**George Benyamin**           represented by   **George Benyamin**
                                               NCCI
                                               PO Box 466
                                               Gardner, MA 01440-0466
                                               PRO SE

V.

**Defendant**

**Thomas Beliveau**
*Attorney*

**Defendant**

**Alan Mason**
*Attorney*

**Defendant**

**Jamie Milot**

**Defendant**

**Jessica Barry**

**Defendant**

**Ann Egnitz**

**Defendant**

**Thomas R. Hoover**
*City Manager, City of Worcester,*

*MASS.*

**Defendant**

David Holden
*Commr. Inspector*

**Defendant**

Cahill
*Chief Inspector*

**Defendant**

David Moore
*Attorney*

**Defendant**

Donald Richard
*Attorney*

**Defendant**

City of Worcester

**Defendant**

Frank Tabori
*Constable*

**Defendant**

Ian M. Bennie

**Defendant**

Madaline R. Arn

**Defendant**

Loring P. Lamoureaux

**Defendant**

Kathleen Dellostritto
*Assist. D.A.*

**Defendant**

Susan A. Garvin

**Defendant**

Joseph Brennan

*Esq.*

**Defendant**

Eileen Finneran
*Police Officer*

**Defendant**

Mark Tivan
*Police Officer*

**Defendant**

James Donohue
*Judge*

**Defendant**

Richard N. Bradley
*Attorney*

**Defendant**

Law Firm of Fisher, Foley,
Brennan & Sousa

**Defendant**

Law Firm of Fuller, Rosenberg,
Palmer & Beliveau

**Defendant**

The Law Firm of Attorney Alan
Mason

| Date Filed | # | Docket Text |
|---|---|---|
| 01/07/2005 | 1 | COMPLAINT against Alan Mason, Jamie Milot, Jessica Barry, Ann Egnitz, Thomas R. Hoover, David Holden, Cahill, David Moore, Donald Richard, City of Worcester, Frank Tabori, Ian M. Bennie, Madaline R. Arn, Loring P. Lamoureaux, Kathleen Dellostritto, Susan A. Garvin, Joseph Brennan, Eileen Finneran, Mark Tivan, James Donohue, Richard N. Bradley, Law Firm of Fisher, Foley, Brennan & Sousa, Law Firm of Fuller, Rosenberg, Palmer & Beliveau, The Law Firm of Attorney Alan Mason, Thomas Beliveau Filing fee: $ 0.0, receipt number NA, filed by George Benyamin. (Attachments: # 1 Part 2# 2 Exhibits)(Hassett, |

| | | |
|---|---|---|
| | | Kathy) (Entered: 01/07/2005) |
| 01/07/2005 | 2 | MOTION for Leave to Proceed in forma pauperis by George Benyamin.(Hassett, Kathy) (Entered: 01/07/2005) |
| 01/07/2005 | 3 | EMERGENCY MOTION for Preliminary Injunction by George Benyamin.(Hassett, Kathy) (Entered: 01/07/2005) |
| 03/16/2005 | 4 | Judge F. Dennis Saylor IV: Electronic MEMORANDUM AND ORDER entered granting 2 Motion for Leave to Proceed in forma pauperis, denying 3 Motion for Preliminary Injunction and dismissing case. (Castles, Martin) (Entered: 03/16/2005) |
| 03/16/2005 | 5 | NOTICE: re payment of fee (prisoner filer) issued to the Treasurer at N.C.C.I. Gardner. (Castles, Martin) (Entered: 03/16/2005) |
| 03/16/2005 | 6 | Judge F. Dennis Saylor IV: Electronic ORDER entered. ORDER DISMISSING CASE(Castles, Martin) (Entered: 03/16/2005) |
| 03/23/2005 | 7 | NOTICE OF APPEAL as to 6 Order Dismissing Case by George Benyamin. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 4/12/2005. No filing fee submitted. (Jones, Sherry) (Entered: 03/23/2005) |