*Clerk*
*USDC*
*MA*

# United States Court of Appeals
## For the First Circuit

No. 05-1481
DC No. 05-cv-40004

GEORGE BENYAMIN
Plaintiff - Appellant

v.

THOMAS BELIVEAU, Attorney; ALAN MASON, Attorney; JAMIE MILOT; JESSICA BARRY; ANN EGNITZ; THOMAS R. HOOVER, City Manager for the City of Worcester; DAVID HOLDEN, Commissioner Inspector; CHIEF INSPECTOR CAHILL; DAVID MOORE, Attorney; DONALD RICHARD, Attorney; CITY OF WORCESTER; FRANK TABORI, Constable; IAN M. BENNIE; MADELINE R. ARN; LORING P. LAMOUREAUX; KATHLEEN DELLOSTRITTO, Assistant D.A; SUSAN A. GARVIN; JOSEPH BRENNAN, Attorney; EILEEN FINNERAN, Police Officer; MARK TIVAN, Police Officer; HON. JAMES DONOHUE; RICHARD N. BRADLEY, Attorney; LAW FIRM OF FISHER, FOLEY, BRENNAN & SOUSA; LAW FIRM OF FULLER, ROSENBERG, PALMER & BELIVEAU; THE LAW FIRM OF ATTORNEY ALAN MASON
Defendants - Appellees

ORDER OF COURT
Entered: April 27, 2005

The appellant listed above is a prisoner seeking to appeal in forma pauperis and has applied to proceed without prepayment of the $105 filing fee under the Prison Litigation Reform Act (PLRA), 28 U.S.C. § 1915(a)(2). Appellant has completed and filed a consent form permitting appropriate prison officials to calculate and collect in installments the $255.00 filing fee from appellant's prison trust account in accordance with the terms of 28 U.S.C. §1915(b)(1) and (2).

1. Pursuant to the consent form signed by the appellant, the custodian of this appellant's inmate trust account is directed to **calculate, collect and forward to the Clerk of the United States District Court for the District of Massachusetts**, as payment for

the initial partial filing fee under 28 U.S.C. §1915(b)(1), 20% of the greater of:
  (a) the average monthly deposits to the inmate trust account; or
  (b) the average monthly balance in the inmate trust account, for the 6 months immediately preceding the filing of the notice of appeal on **March 23, 2005**. That sum should be deducted from appellant's prison account until the initial partial filing fee is paid.

 2. After the initial partial filing fee is paid in full, pursuant to 28 U.S.C. §1915(b)(2) and the consent form executed by appellant, appellant's custodian is directed to calculate and remit each succeeding month on a continuing basis 20% of the preceding month's income credited to appellant's account, but only when the amount in the account exceeds $10, until the full $255 filing fee is paid. **Each payment shall reference the docket number of this appeal and the district court docket number and be paid to the district court.**

 3. Appellant's custodian shall notify this court and the Clerk of the United States District Court if the appellant is transferred to another institution or released.

 4. A copy of this order shall be sent to appellant's custodian and to the Clerk of the United Stated District Court for the District of Massachusetts. A copy of appellant's authorization shall be sent to the custodian.

        For the court, by direction,

        Richard Cushing Donovan, Clerk


      By: **MARGARET CARTER**
         Chief Deputy Clerk


[Certified copy to Sarah A. Thornton, Clerk of the USDC of MA, and
  A. Collins, Records Manager, NCI Gardner,
  cc: Messrs. Benyamin, Beliveau, Mason, Milot,
    Ms. Barry, Ms. Egnitz]

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By_____ Date: 4/27/05

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT



RE: 05-1481  Benyamin v. Beliveau (District Court #05-40004)

To Be Filed By: 4/26/05

**PRISON LITIGATION REFORM ACT (PLRA) CONSENT FORM:
CONSENT TO COLLECTION OF FEES FROM INMATE TRUST ACCOUNT**

*******************************************************************

I, George Benyamin, #W65522, hereby give my consent that upon entry of a court order approving my application to proceed without prepayment of fees and setting the amount of the initial partial appellate filing fee, the appropriate prison officials shall collect from my prison account and pay to the appropriate district court an initial payment of twenty percent of the greater of:

(a) the average monthly deposits to my account for the six-month period immediately preceding the filing of my notice of appeal; or

(b) the average monthly balance in my account for the six-month period immediately preceding the filing of my notice period.

In satisfaction of the balance of the filing fee, I consent for the appropriate prison officials to collect from my account, on a monthly basis, an amount equal to twenty percent of the income credited to my account for the preceding month if the balance in the account for that month exceeds $10. The appropriate officer shall forward the interim payment to the Clerk's Office,
  U.S. District Court of MA
  1 Courthouse Way
  Boston, MA 02210
until such time as the filing fee* is paid in full.

Executed on the 21 day of APRIL, 2005

George Benyamin
SIGNATURE OF APPELLANT

George Benyamin
PRINT NAME

Form 2

OFFICE OF THE CLERK
**UNITED STATES COURT OF APPEALS**
FOR THE FIRST CIRCUIT
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210
(617) 748-9057

2005 APR 27 P 12:03

RE: 05-1481 Benyamin v. Beliveau (District Court #05-40004)

FILED IN CLERK'S OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

To Be Filed By: 4/26/05

**PRISONER TRUST ACCOUNT REPORT**

Name: George Benyamin   NUMBER: W65522

*************************************************************

TO:     Trust Officer
FROM:   Clerk, U.S. Court of Appeals for the First Circuit

Under the Prisoner Litigation Reform Act, a prisoner appealing a civil judgment must obtain from the trust officer of each institution in which the prisoner was confined during the preceding six months a **certified copy** of the prisoner's trust account statement for the six months prior to filing of the appeal.

Please complete this form, attach the supporting ledger sheets, and return these documents to the prisoner for mailing to the court in advance of the due date shown at the top of the form.

DATE OF FILING NOTICE OF APPEAL:                 3/23/05

BALANCE at time of filing notice of appeal:     _____

AVERAGE MONTHLY DEPOSITS during the six
months prior to filing of the notice of
    appeal:                                      _____

AVERAGE MONTHLY BALANCE during the six
months prior to filing of the notice of
appeal:                                          _____

I certify that the above information accurately states the deposits and balances in applicant's trust account for the period shown. The attached ledger sheets for the six-month period prior to 3/23/05 are true copies of account records maintained in the ordinary course of business.

DATE: 4/28/2005

AUTHORIZED SIGNATURE: George Benyamin

NAME AND TITLE: _____
ADDRESS: _____
_____

Form 1

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20050412 11:45

| | | | | | | Page: 1 |
|---|---|---|---|---|---|---|
| Commit# : | W65522 | | NCCI GARDNER | | | |
| Name : | BENYAMIN, GEORGE, , | | Statement From | 20041012 | | |
| Inst : | NCCI GARDNER | | To | 20050412 | | |
| Block : | THOMPSON-2 | | | | | |
| Cell/Bed : | 218 /3 | | | | | |

Begin Balance 15.11        358.72

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $3,574.00 | $3,558.89 | $391.72 | $33.00 |
| 20041012 22:30 | CN - Canteen | 3491038 | | GAR | ~Canteen Date : 20041012 | $0.00 | $7.87 | $0.00 | $0.00 |
| 20041013 16:59 | IS - Interest | 3500128 | | GAR | | $0.05 | $0.00 | $0.00 | $0.00 |
| 20041013 16:59 | IS - Interest | 3500129 | | GAR | | $0.00 | $0.00 | $0.67 | $0.00 |
| 20041018 12:00 | IC - Transfer from Inmate to Club A/c | 3532681 | | GAR | ~NOTARY | $0.00 | $1.00 | $0.00 | $0.00 |
| 20041018 15:01 | CI - Transfer from Club to Inmate A/c | 3533237 | | GAR | ~INMATE BENEFIT - Z1~INMATE BENEFIT - Z1 ~10/13/04 Canteen Refund~W65522 BENYAMIN,GEORGE PERSONAL~KCN WASH ACCOUNT - Z5 | $19.14 | $0.00 | $0.00 | $0.00 |
| 20041019 11:41 | IC - Transfer from Inmate to Club A/c | 3537323 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.42 | $0.00 | $0.00 |
| 20041019 11:43 | IC - Transfer from Inmate to Club A/c | 3537331 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.95 | $0.00 | $0.00 |
| 20041019 11:44 | IC - Transfer from Inmate to Club A/c | 3537335 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $8.60 | $0.00 | $0.00 |
| 20041103 22:30 | CN - Canteen | 3609160 | | GAR | ~Canteen Date : 20041103 | $0.00 | $8.22 | $0.00 | $0.00 |
| 20041108 10:29 | VI - Visitation | 3628206 | | GAR | ~BENYAMIN, EMAD, , | $100.00 | $0.00 | $0.00 | $0.00 |
| 20041108 10:29 | MA - Maintenance and Administration | 3628207 | | GAR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20041109 22:30 | CN - Canteen | 3638360 | | GAR | ~Canteen Date : 20041109 | $0.00 | $18.15 | $0.00 | $0.00 |
| 20041110 16:46 | IS - Interest | 3645886 | | GAR | | $0.03 | $0.00 | $0.00 | $0.00 |
| 20041110 16:46 | IS - Interest | 3645887 | | GAR | | $0.00 | $0.00 | $0.75 | $0.00 |
| 20041112 13:08 | IC - Transfer from Inmate to Club A/c | 3672307 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.60 | $0.00 | $0.00 |
| 20041115 11:39 | IC - Transfer from Inmate to Club A/c | 3676572 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.42 | $0.00 | $0.00 |
| 20041116 22:30 | CN - Canteen | 3684410 | | GAR | ~Canteen Date : 20041116 | $0.00 | $16.89 | $0.00 | $0.00 |
| 20041123 13:44 | IC - Transfer from Inmate to Club A/c | 3714149 | | GAR | ~POSTAGE~PROTESTANT CHAPLAIN - Z108~PROTESTANT CHAPLAIN - Z108 | $0.00 | $7.90 | $0.00 | $0.00 |
| 20041123 22:30 | CN - Canteen | 3716417 | | GAR | ~Canteen Date : 20041123 | $0.00 | $20.10 | $0.00 | $0.00 |
| 20041201 22:30 | CN - Canteen | 3747991 | | GAR | ~Canteen Date : 20041201 | $0.00 | $12.47 | $0.00 | $0.00 |
| 20041203 10:44 | IC - Transfer from Inmate to Club A/c | 3764244 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.65 | $0.00 | $0.00 |
| 20041206 08:34 | VI - Visitation | 3767200 | | GAR | ~BENYAMIN, EMAD, , | $100.00 | $0.00 | $0.00 | $0.00 |
| 20041206 08:34 | MA - Maintenance and Administration | 3767201 | | GAR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20041207 17:00 | IS - Interest | 3778999 | | GAR | | $0.10 | $0.00 | $0.00 | $0.00 |
| 20041207 17:00 | IS - Interest | 3779000 | | GAR | | $0.00 | $0.00 | $0.80 | $0.00 |
| 20041208 22:30 | CN - Canteen | 3800105 | | GAR | ~Canteen Date : 20041208 | $0.00 | $14.08 | $0.00 | $0.00 |
| 20041209 14:14 | IC - Transfer from Inmate to Club A/c | 3809633 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.06 | $0.00 | $0.00 |
| 20041214 11:34 | IC - Transfer from Inmate to Club A/c | 3826456 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.88 | $0.00 | $0.00 |

**COMMONWEALTH OF MASSACHUSETTS**
**DEPARTMENT OF CORRECTION**
## Inmate Transaction Report

Date: 20050412 11:45

| Commit# : | W65522 | | | NCCI GARDNER | | | Page: 2 |
| Name : | BENYAMIN, GEORGE, , | | Statement From | 20041012 | | | |
| Inst : | NCCI GARDNER | | To | 20050412 | | | |
| Block : | THOMPSON-2 | | | | | | |
| Cell/Bed : | 218 / 3 | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20041214 11:35 | IC - Transfer from Inmate to Club A/c | 3826458 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.60 | $0.00 | $0.00 |
| 20041215 11:16 | IC - Transfer from Inmate to Club A/c | 3831219 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.65 | $0.00 | $0.00 |
| 20041215 22:30 | CN - Canteen | 3834633 | | GAR | ~Canteen Date : 20041215 | $0.00 | $18.67 | $0.00 | $0.00 |
| 20041216 15:48 | IC - Transfer from Inmate to Club A/c | 3844957 | | GAR | ~Clothing Order~KCN WASH ACCOUNT - Z5~KCN WASH ACCOUNT - Z5 | $0.00 | $5.78 | $0.00 | $0.00 |
| 20041217 11:32 | IC - Transfer from Inmate to Club A/c | 3849876 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.60 | $0.00 | $0.00 |
| 20041223 14:15 | IC - Transfer from Inmate to Club A/c | 3880974 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.95 | $0.00 | $0.00 |
| 20041227 13:36 | IC - Transfer from Inmate to Club A/c | 3888518 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.95 | $0.00 | $0.00 |
| 20041227 13:49 | IC - Transfer from Inmate to Club A/c | 3888580 | | GAR | ~CERTIFIED MAIL~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.05 | $0.00 | $0.00 |
| 20041228 11:13 | IC - Transfer from Inmate to Club A/c | 3892175 | | GAR | ~New Years Photo's~PHOTO - Z13~PHOTO - Z13 | $0.00 | $3.00 | $0.00 | $0.00 |
| 20041228 12:52 | IC - Transfer from Inmate to Club A/c | 3892564 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.42 | $0.00 | $0.00 |
| 20041229 22:30 | CN - Canteen | 3902781 | | GAR | ~Canteen Date : 20041229 | $0.00 | $18.72 | $0.00 | $0.00 |
| 20050103 13:51 | CI - Transfer from Club to Inmate A/c | 3919549 | | GAR | ~Photo Refund New Year's Photo's~W65522 BENYAMIN,GEORGE PERSONAL~PHOTO - Z13 | $3.00 | $0.00 | $0.00 | $0.00 |
| 20050104 12:10 | IC - Transfer from Inmate to Club A/c | 3924643 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $8.00 | $0.00 | $0.00 |
| 20050104 12:11 | IC - Transfer from Inmate to Club A/c | 3924644 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $8.00 | $0.00 | $0.00 |
| 20050105 22:30 | CN - Canteen | 3933008 | | GAR | ~Canteen Date : 20050105 | $0.00 | $15.79 | $0.00 | $0.00 |
| 20050110 08:52 | VI - Visitation | 3953076 | | GAR | ~BENYAMIN, EMAD, , | $100.00 | $0.00 | $0.00 | $0.00 |
| 20050110 08:52 | MA - Maintenance and Administration | 3953077 | | GAR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050111 11:09 | IC - Transfer from Inmate to Club A/c | 3959745 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.65 | $0.00 | $0.00 |
| 20050113 11:10 | IC - Transfer from Inmate to Club A/c | 3976949 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.60 | $0.00 | $0.00 |
| 20050113 17:06 | IS - Interest | 3980137 | | GAR | | $0.15 | $0.00 | $0.00 | $0.00 |
| 20050113 17:06 | IS - Interest | 3980138 | | GAR | | $0.00 | $0.00 | $0.92 | $0.00 |
| 20050118 14:21 | IC - Transfer from Inmate to Club A/c | 4004712 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.37 | $0.00 | $0.00 |
| 20050118 22:30 | CN - Canteen | 4006278 | | GAR | ~Canteen Date : 20050118 | $0.00 | $24.35 | $0.00 | $0.00 |
| 20050125 22:30 | CN - Canteen | 4038050 | | GAR | ~Canteen Date : 20050125 | $0.00 | $13.85 | $0.00 | $0.00 |
| 20050201 22:30 | CN - Canteen | 4068270 | | GAR | ~Canteen Date : 20050201 | $0.00 | $11.12 | $0.00 | $0.00 |
| 20050209 16:46 | IS - Interest | 4109277 | | GAR | | $0.14 | $0.00 | $0.00 | $0.00 |
| 20050209 16:46 | IS - Interest | 4109278 | | GAR | | $0.00 | $0.00 | $0.99 | $0.00 |
| 20050215 13:10 | IC - Transfer from Inmate to Club A/c | 4149209 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.21 | $0.00 | $0.00 |
| 20050215 13:10 | IC - Transfer from Inmate to Club A/c | 4149210 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.44 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date : 20050412 11:45

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Commit# : | W65522 | | | | NCCI GARDNER | | | Page : | 3 |
| Name : | BENYAMIN, GEORGE, , | | | Statement From | 20041012 | | | | |
| Inst : | NCCI GARDNER | | | To | 20050412 | | | | |
| Block : | THOMPSON-2 | | | | | | | | |
| Cell/Bed : | 218 ,B | | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20050215 13:11 | IC - Transfer from Inmate to Club A/c | 4149214 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.85 | $0.00 | $0.00 |
| 20050216 22:30 | CN - Canteen | 4155444 | | GAR | ~Canteen Date : 20050216 | $0.00 | $18.72 | $0.00 | $0.00 |
| 20050217 10:34 | IC - Transfer from Inmate to Club A/c | 4165825 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.75 | $0.00 | $0.00 |
| 20050218 09:40 | ML - Mail | 4170925 | | GAR | ~BENYAMIN, EMAD, , | $100.00 | $0.00 | $0.00 | $0.00 |
| 20050218 09:40 | MA - Maintenance and Administration | 4170926 | | GAR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050222 13:15 | IC - Transfer from Inmate to Club A/c | 4178670 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.60 | $0.00 | $0.00 |
| 20050223 12:48 | IC - Transfer from Inmate to Club A/c | 4183576 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.29 | $0.00 | $0.00 |
| 20050223 12:50 | IC - Transfer from Inmate to Club A/c | 4183583 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.83 | $0.00 | $0.00 |
| 20050223 22:30 | CN - Canteen | 4186368 | | GAR | ~Canteen Date : 20050223 | $0.00 | $28.57 | $0.00 | $0.00 |
| 20050301 10:37 | IC - Transfer from Inmate to Club A/c | 4208307 | | GAR | ~1/3/05 Medical Co-Pay Fee~MEDICAL CO-PAYMENT - Z4~MEDICAL CO-PAYMENT - Z4 | $0.00 | $3.00 | $0.00 | $0.00 |
| 20050301 10:37 | AT - Account Transfer | 4208306 | | GAR | ~1/3/05 Medical Co-Pay Fee~W65522 BENYAMIN,GEORGE PERSONAL | $3.00 | $0.00 | $0.00 | $3.00 |
| 20050302 11:10 | IC - Transfer from Inmate to Club A/c | 4214456 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.75 | $0.00 | $0.00 |
| 20050308 13:51 | IC - Transfer from Inmate to Club A/c | 4244665 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $6.05 | $0.00 | $0.00 |
| 20050309 22:30 | CN - Canteen | 4253295 | | GAR | ~Canteen Date : 20050309 | $0.00 | $48.03 | $0.00 | $0.00 |
| 20050315 16:52 | IS - Interest | 4280418 | | GAR | | $0.15 | $0.00 | $0.00 | $0.00 |
| 20050315 16:52 | IS - Interest | 4280419 | | GAR | | $0.00 | $0.00 | $1.00 | $0.00 |
| 20050316 22:30 | CN - Canteen | 4300846 | | GAR | ~Canteen Date : 20050316 | $0.00 | $20.03 | $0.00 | $0.00 |
| 20050318 10:45 | EX - External Disbursement | 4314642 | 38037 | GAR | ~Filing Fee: George Benyamin Civil Action No. 05-400004-FDS~U.S. District Court | $0.00 | $0.37 | $0.00 | $0.00 |
| 20050318 10:45 | MA - Maintenance and Administration | 4314643 | | GAR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050323 11:24 | CI - Transfer from Club to Inmate A/c | 4329486 | | GAR | ~3/15/05 Canteen Refund~W65522 BENYAMIN,GEORGE PERSONAL~KCN WASH ACCOUNT - Z5 | $20.03 | $0.00 | $0.00 | $0.00 |
| 20050328 09:06 | VI - Visitation | 4350170 | | GAR | ~BENYAMIN, EMAD, , | $50.00 | $0.00 | $0.00 | $0.00 |
| 20050331 12:59 | EX - External Disbursement | 4372625 | 38170 | GAR | ~G. Benyamin No.05-40004-FDS Filing Fee~U.S. District Court | $0.00 | $14.01 | $0.00 | $0.00 |
| 20050404 14:24 | IC - Transfer from Inmate to Club A/c | 4386095 | | GAR | ~Postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.95 | $0.00 | $0.00 |
| 20050406 22:30 | CN - Canteen | 4401529 | | GAR | ~Canteen Date : 20050406 | $0.00 | $22.91 | $0.00 | $0.00 |
| 20050408 11:27 | IC - Transfer from Inmate to Club A/c | 4417472 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.60 | $0.00 | $0.00 |
| 20050408 11:27 | IC - Transfer from Inmate to Club A/c | 4417473 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.60 | $0.00 | $0.00 |
| 20050408 16:47 | IS - Interest | 4420405 | | GAR | | $0.11 | $0.00 | $0.00 | $0.00 |
| 20050408 16:47 | IS - Interest | 4420406 | | GAR | | $0.00 | $0.00 | $1.19 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date : 20050412 11:45

| | | | | | |
|---|---|---|---|---|---|
| Commit# : | W6:522 | | NCCI GARDNER | | Page : 4 |
| Name : | BENYAMIN, GEORGE, , | | | | |
| Inst : | NCCI GARDNER | | Statement From | 20041012 | |
| Block : | THOMPSON-2 | | To | 20050412 | |
| Cell/Bed : | 218.B | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 70.29 | 63.47 | 2.19 | 0 |
| | | | | | | $495.90 | $483.94 | $6.32 | $3.00 |

Balance as of ending date :  Personal $27.07   Savings $362.04

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $27.07 | $362.04 | $0.00 | $0.00 | $0.00 | $0.00 |

MASSACHUSETTS
DEPARTMENT OF CORRECTION
Inmate Transaction History
Summary Report

NCCI-GARDNER

Inmate Name............          George     Benyamin

Commitment number....            W65522

Period encompassed....           10/12/2005   THRU   4/12/2005

Six Month Average Daily Balance      52.81     360.78    413.59

20% of Six Month Average Daily Balance   82.72

Total Expenditures for Period                          385.46

Total Income for Period                                527.77

To the best of my knowledge, the above
summary information is true and accurate:

Signed _____*Sheila Cregg*_____
Sheila Cregg, Treasurer

Time: _____ to 1:10 pm _____

Date: _____ 4/12/05 _____

Note: A copy of the inmate's account activity statement for the six month period
("Inmate Transaction History") is attached.