# United States Court of Appeals
## For the First Circuit

No. 05-1481
    05-1524

GEORGE BENYAMIN,

Plaintiff, Appellant,

v.

THOMAS BELIVEAU, ATTORNEY, ET AL.,

Defendants, Appellees.

Before

Boudin, <u>Chief Judge</u>,
Stahl, <u>Senior Circuit Judge</u>,
and Lynch, <u>Circuit Judge</u>.

JUDGMENT

Entered: September 21, 2005

    Currently pending before the court are appellant's duplicate appeals from the district court's dismissal with prejudice of his pro se prisoner complaint for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and § 1915(A)(b)(1). Benyamin seeks to proceed on appeal in forma pauperis. The district court has certified that the appeal is not taken in good faith. <u>See</u> Fed. R. App. P. 24(a)(3)(A), and appellant has filed the present motion challenging that certification. We agree with the certification.

    Having reviewed the record and appellant's brief, we conclude that no substantial question is presented by these appeals. Therefore, the district court's Order of Dismissal dated March 16, 2005 is <u>affirmed</u>. <u>See</u> 1st Cir. R. 27(c).

By the Court:

Richard Cushing Donovan, Clerk.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*[signature]*

Deputy Clerk

Date: 10/13/05

By: __MARGARET CARTER__
Chief Deputy Clerk.

[cc: George Benyamin, Alan Mason, James Beliveau, Jamie Milot]